IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT HOSPITAL PRODUCTS IP LTD., INO THERAPEUTICS LLC and IKARIA, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 15-170 (GMS) ) |
| PRAXAIR DISTRIBUTION, INC. and PRAXAIR, INC., | ) ) ) |
| Defendants. | ) ) |

**STIPULATION REGARDING PLAINTIFFS' MOTION
TO DISQUALIFY MORGAN, LEWIS & BOCKIUS LLP**

Plaintiffs Mallinckrodt Hospital Products IP Ltd., INO Therapeutics LLC, and Ikaria, Inc. ("Plaintiffs") and Defendants Praxair Distribution, Inc. and Praxair, Inc. ("Defendants") hereby stipulate and agree, subject to the Court's approval, as follows:

1. As reflected in D.I. 67, multiple attorneys from the firm of K&L Gates LLP ("K&L Gates") who represent Defendants in this case changed firms to Morgan, Lewis & Bockius LLP ("Morgan Lewis").

2. Plaintiffs intend to file a motion to disqualify Morgan Lewis in this action based on Morgan Lewis's representation of Mallinckrodt and Ikaria. In connection with that motion, Plaintiffs may submit under seal or for *in camera* review descriptions of privileged communications between Morgan Lewis and one or more of the Plaintiffs (and/or the communications themselves), as well as work product created by Morgan Lewis in connection with its representation of one or more of the Plaintiffs.

3. As used herein, the term "Patent Litigation Team" shall collectively refer to (1) the attorneys who lateraled from K&L Gates LLP to Morgan Lewis, and (2) any other attorneys

or staff who have represented or will represent Defendants in the above-captioned case or any related *Inter Partes* Review matters, including but not limited to other attorneys at Morgan Lewis, K&L Gates, and/or Young Conaway Stargatt & Taylor LLP ("Young Conaway").

4. Morgan Lewis intends to oppose Plaintiffs' motion, and is being represented by Mr. Colm F. Connolly of Morgan Lewis in connection with the motion. Mr. Connolly and any other Morgan Lewis attorneys and staff who work on the disqualification motion shall be collectively referred to herein as the "Morgan Lewis Firm Counsel Team." The Morgan Lewis Firm Counsel Team will not include any members of the Patent Litigation Team.

5. Plaintiffs will serve on Morgan Lewis Firm Counsel Team a complete copy of their motion and any associated declarations and exhibits in the form they were submitted to the Court. Only the Morgan Lewis Firm Counsel Team will have access to the complete copies of the motion and any associated declarations and exhibits in the form they were submitted to the Court. The Morgan Lewis Firm Counsel Team will only use those materials for the purposes of responding to the motion, and will not share or disclose materials with anyone else (including but not limited to the Patent Litigation Team).

6. Plaintiffs will file a redacted version of the motion and any non-confidential declarations and exhibits on the public docket (collectively the "Public Motion Materials"), and will serve the Public Motion Materials on the attorneys of record from the Patent Litigation Team. The Patent Litigation Team shall only have access to the Public Motion Materials. The Patent Litigation Team shall not have access to the complete copy of the motion and any associated declarations and exhibits that will be served on the Morgan Lewis Firm Counsel Team.

7. The Morgan Lewis Firm Counsel Team may, to the extent necessary to respond to the motion, discuss the content of the Public Motion Materials with the Patent Litigation Team and/or Defendants. However, the Morgan Lewis Firm Counsel Team shall not share or discuss any material from the motion and any associated declarations or exhibits that is not contained in the Public Motion Materials.

8. In the event the Morgan Lewis Firm Counsel Team objects to redactions in the motion or the filing of any associated declarations or exhibits under seal, the Morgan Lewis Firm Counsel Team shall notify Plaintiffs in writing. The parties shall then meet and confer to attempt to resolve the dispute. If the parties cannot resolve the dispute, the Morgan Lewis Firm Counsel Team may file a motion to unseal the redactions and/or filings. The burden of demonstrating good cause for redactions and the sealing of filings shall at all times be and remain on the Plaintiffs.

9. Morgan Lewis has indicated that, depending on the content of Plaintiffs' motion, it may wish to submit privileged communications between Morgan Lewis and Defendants with its response to the motion. If, after reviewing Plaintiffs' motion, Morgan Lewis believes that such a submission is necessary, it will promptly raise that issue with Plaintiffs' counsel, and the parties will meet-and-confer in good faith in an attempt to agree on procedures for submitting that information to the Court, and, if necessary, will seek guidance from the Court regarding that submission if they are not able to reach agreement.

10. The submission of attorney-client privileged or work product materials for the Court's consideration by any party in connection with the motion shall not constitute a waiver of the attorney-client privilege, work product doctrine, or any other applicable privilege or

3

immunity, and the disclosure shall not operate as a waiver in any other federal or state proceeding pursuant to Fed. R. Evid. 502(d).

11. The Morgan Lewis Firm Counsel Team shall file a response to Plaintiffs' motion not later than June 3, 2016.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ James L. Higgins* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com | Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 576-6600<br>msharp@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| OF COUNSEL: | OF COUNSEL: |
| Kenneth G. Schuler<br>David Callahan<br>Marc N. Zubick<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago, IL 60611<br>(312) 876.7700 | Michael J. Abernathy<br>Sanjay K. Murthy<br>Maria E. Doukas<br>Jennifer M. Dienes<br>MORGAN LEWIS & BOCKIUS LLP<br>77 West Wacker Drive<br>Fifth Floor<br>Chicago, IL 60601<br>(312) 324-1000 |
| Melissa A. Brand<br>LATHAM & WATKINS LLP<br>John Hancock Tower<br>27th Floor<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 948.6000 | |
| David F. Kowalski<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>(858) 523-5400 | |

        SO ORDERED THIS \_\_\_ day of May, 2016.

_____
The Honorable Gregory M. Sleet
United States District Court Judge