IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT HOSPITAL PRODUCTS IP LTD., INO THERAPEUTICS LLC and IKARIA, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 15-170 (GMS) ) |
| PRAXAIR DISTRIBUTION, INC. and PRAXAIR, INC., | ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION TO DISQUALIFY
MORGAN LEWIS AS DEFENDANTS' COUNSEL**

Plaintiffs Mallinckrodt Hospital Products IP Ltd., INO Therapeutics LLC, and Ikaria, Inc. (collectively, "Plaintiffs") hereby move to disqualify Morgan, Lewis & Bockius LLP as counsel for defendants Praxair Distribution, Inc. and Praxair, Inc. The grounds for this Motion are fully set forth in Plaintiffs' Opening Memorandum in Support of its Motion to Disqualify Morgan Lewis As Defendants' Counsel, as well as the declarations and exhibits attached thereto. A proposed order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

_____
Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Kenneth G. Schuler
David K. Callahan
Marc N. Zubick
Brenda L. Danek
Sarah W. Wang
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
(312) 876-7700

Melissa A. Brand
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA  02116
(617) 948-6000

Andrew J. Fossum
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX  77002
(713) 546-5400

David F. Kowalski
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA  92130
(858) 523-5400

Nicholas Yu
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

May 6, 2016

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendants and that we have not been able to reach agreement.

*/s/ Derek J. Fahnestock*

Derek J. Fahnestock (#4705)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT HOSPITAL PRODUCTS IP LTD., INO THERAPEUTICS LLC and IKARIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRAXAIR DISTRIBUTION, INC. and PRAXAIR, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 15-170 (GMS) ) ) ) ) ) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Disqualify Morgan Lewis & Bockius LLP as Counsel for Defendants and any and all responses thereto,

IT IS HEREBY ORDERED that said motion is GRANTED.

BY THE COURT:

_____
                                                             J.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 6, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Michael J. Abernathy, Esquire<br>Sanjay K. Murthy, Esquire<br>Maria E. Doukas, Esquire<br>Jennifer M. Dienes, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Colm F. Connolly, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1007 North Orange Street<br>Suite 501<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |

*/s/ Derek J. Fahnestock*
Derek J. Fahnestock (#4705)