IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT HOSPITAL PRODUCTS IP LTD., INO THERAPEUTICS LLC, and IKARIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRAXAIR DISTRIBUTION, INC. and PRAXAIR, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 15-170 (GMS) ) ) ) ) ) ) ) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Colm F. Connolly on behalf of Defendants Praxair Distribution, Inc. and Praxair, Inc. in the above case.

Dated: May 16, 2016

/s/ Colm F. Connolly..
COLM F. CONNOLLY (#3151)
MORGAN, LEWIS & BOCKIUS, LLP
Nemours Building
1007 North Orange Street
Suite 501
Wilmington, Delaware 19801
(302) 574-7290
cconnolly@morrganlewis.com