# Morgan Lewis

**Colm F. Connolly**
Partner
+1.302.574.7290
colm.connolly@morganlewis.com

May 17, 2016

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
U.S. District Court Judge
District Court of the State of Delaware
844 North King Street
Wilmington, Delaware 19801

Re:  Mallinckrodt Hospital Products IP Ltd., et al. v. Praxair Distribution, Inc., et al.
 Civil Action No. 15-170-GMS

Dear Judge Sleet:

In connection with the impending start of our summer associate program, we learned that one of our incoming summer associates, Donald P. Huddler, worked on the above-referenced matter as an extern in Your Honor's chambers. We will of course establish a wall and associated safeguards to ensure that Mr. Huddler does not communicate or share any information about the matter with the lawyers who are working on it.

We understand from Mr. Huddler that Your Honor was aware that Mr. Huddler had accepted the offer of employment we extended last fall; but in an abundance of caution precipitated by Plaintiff's recent attempt to file a disqualification motion, I am formally apprising the Court and Plaintiffs of Mr. Huddler's upcoming employment with our firm and Morgan Lewis's intent to rely on a wall and related safeguards to prevent any improper disclosures or communications relating to the above-referenced case.

**Morgan, Lewis & Bockius LLP**

The Nemours Building
1007 North Orange Street
Suite 501
Wilmington, DE 19801
United States

+1.302.574.3000
+1.302.574.3001

The Honorable Gregory M. Sleet
May 17, 2016
Page 2


Respectfully submitted,

*[signature]*

Colm F. Connolly (#3151)

CFC/lmg

cc: All Counsel of Record