IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MALLINCKRODT HOSPITAL PRODUCTS IP )
LTD., INO THERAPEUTICS LLC and IKARIA, )
INC., )
        Plaintiffs, )
    v. ) C. A. No. 15-170-GMS
PRAXAIR DISTRIBUTION, INC. and )
PRAXAIR, INC., )
        Defendants. )

## ORDER

WHEREAS, on May 6, 2016, Plaintiffs Mallinckrodt Hospital Products IP Ltd., INO Therapeutics LLC, and Ikaria, Inc. ("INO"), filed a Motion to Disqualify Morgan Lewis as Defendants' Counsel (D.I. 100);

WHEREAS, on May 18, 2016, after a teleconference with the parties, the court decided to refer the motion to a special master (D.I. 112). The court also ordered that the losing party pay the prevailing party's costs associated with the motion;

WHEREAS, on August 24, 2016, the special master filed his opinion with the court, denying INO's motion (D.I. 181);

WHEREAS, on September 14, 2016, INO filed objections to the special master's opinion (D.I. 203), and on September 27, 2016, Defendants filed their response to INO's objections (D.I. 216);

WHEREAS, trial in this case was held on March 13, 2017, and continued until March 22, 2017;

IT IS HEREBY ORDERED that trial mooted Plaintiff's Motion to Disqualify Morgan Lewis as Defendants' Counsel (D.I. 100).[1] The court, therefore, does not need to "adopt or affirm, modify, wholly or partly reject or reverse, or resubmit" the special master's opinion. Fed. R. Civ. P. 53(f)(1).

Dated: March 29, 2017

UNITED STATES DISTRICT JUDGE

---

[1] Because INO's motion is mooted, there is no losing or prevailing party. Accordingly, neither party is ordered to pay the costs associated with the motion to disqualify counsel.