IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MALLINCKRODT HOSPITAL PRODUCTS )
IP LTD., INO THERAPEUTICS LLC and )
IKARIA, INC., )
)
Plaintiffs, )
)
v. ) Civil Action No. 15-170-GMS
)
PRAXAIR DISTRIBUTION, INC. and )
PRAXAIR, INC., )
)
Defendants )

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. U.S. Patent Nos. 8,282,966, 8,293,284, 8,795,741, 8,431,163, and 8,846112 are invalid under 35 U.S.C. § 101.

2. Defendants do not infringe U.S. Patent Nos. 8,573,209, 8,776,794, 8,776,795, 9,265,911, and 9,295,802.

3. Defendants do not infringe U.S. Patent No. 9.279,794.

4. Plaintiffs' motion to strike (D.I. 291) is denied.

Dated: September 5, 2017

UNITED STATES DISTRICT JUDGE