IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT HOSPITAL PRODUCTS IP LTD., INO THERAPEUTICS LLC and IKARIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRAXAIR DISTRIBUTION, INC. and PRAXAIR, INC., <br><br> Defendants | Civil Action No. 15-170-GMS |

## JUDGMENT

This action came before the Court for a seven-day bench trial on March 13, 2017. The issues have been tried and the parties filed Proposed Findings of Fact and Conclusions of Law on May 3, 2017 (D.I. 285, 286). The court issued a Memorandum and Order ("Opinion") on September 5, 2017 (D.I. 308, 309). Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that, in accordance with the Opinion, final judgment is hereby entered in favor of defendants Praxair Distribution, Inc., and Praxair, Inc. ("Defendants"), and against plaintiffs Mallinckrodt Hospital Products IP Ltd., INO Therapeutics LLC, and Ikaria, Inc. ("Plaintiffs") finding that:

1. U.S. Patent Nos. 8,282,966, 8,293,284, 8,795,741, 8,431,163, and 8,846112 are invalid under 35 U.S.C. § 101.

2. Defendants do not infringe U.S. Patent Nos. 8,573,209, 8,776,794, 8,776,795, 9,265,911, and 9,295,802.

3. Defendants do not infringe U.S. Patent No. 9.279,794.

Dated: September 5, 2017

_____
UNITED STATES DISTRICT JUDGE