IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT HOSPITAL PRODUCTS IP LTD., INO THERAPEUTICS LLC and IKARIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRAXAIR DISTRIBUTION, INC. and PRAXAIR, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 15-170 (GMS) ) ) ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Mallinckrodt Hospital Products IP Ltd., INO Therapeutics LLC, and IKARIA, INC. appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on September 5, 2017 (D.I. 310), and from all underlying adverse opinions, rulings, and orders in this case, including, but not limited to, the Memorandum Opinion (D.I. 308) and Order (D.I. 309) entered on September 5, 2017.

OF COUNSEL:

Kenneth G. Schuler
David K. Callahan
Marc N. Zubick
Brenda L. Danek
Sarah W. Wang
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

_____
Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com

*Attorneys for Plaintiffs*

Jamie L. Wine
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
(212) 906-1200

David F. Kowalski
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400

Michelle R. Ma
Nicholas Yu
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Inge A. Osman
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200

October 4, 2017

11328441

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 4, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Michael J. Abernathy, Esquire<br>Sanjay K. Murthy, Esquire<br>Maria E. Doukas, Esquire<br>Jennifer M. Dienes, Esquire<br>Jesse T. Dyer, Esquire<br>Caroline S. Lourgos, Esquire<br>Jason C. White, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Julie S. Goldemberg, Esquire<br>Margaret A. McGreal, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

/s/ *Derek J. Fahnestock*
_____
Derek J. Fahnestock (#4705)

11328441