IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MALLINCKRODT HOSPITAL PRODUCTS IP )
LTD., INO THERAPEUTICS LLC and )
IKARIA, INC., )
                         )
            Plaintiffs, )        C.A. No.: 15-170-~~GMS~~ *RGA*
                         )
            v. )
                         )
PRAXAIR DISTRIBUTION, INC. and )
PRAXAIR, INC., )
                         )
            Defendants. )

## [PROPOSED] REVISED JUDGMENT

This action came before the Court for a seven-day bench trial on March 13, 2017. The issues have been tried and the parties filed Proposed Findings of Fact and Conclusions of Law on May 3, 2017 (D.I. 285, 286). The court issued a Memorandum and Order ("Opinion") on September 5, 2017 (D.I. 308, 309). The court issued Judgment on September 5, 2017 (D.I. 310). Plaintiffs appealed the judgment to the United States Court of Appeals for the Federal Circuit, which issued its opinion on August 27, 2019 and remanded for correction of the judgment to limit its ruling to the asserted claims before it. Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is hereby entered in favor of defendants Praxair Distribution, Inc., and Praxair, Inc. ("Defendants"), and against plaintiffs Mallinckrodt Hospital Products IP Ltd., INO Therapeutics LLC, and Ikaria, Inc. ("Plaintiffs") finding that:

1. Claims 1, 4, 7, 9, and 18 of U.S. Patent No. 8,795,741; Claim 20 of U.S. Patent No. 8,282,966; Claim 18 of U.S. Patent No. 8,293,284; Claims 9, 11, 13, and 15 of U.S. Patent

No. 8,431,163; and Claims 1, 7, and 9 of U.S. Patent No. 8,846,112 are invalid under 35 U.S.C. § 101.

2. Defendants do not infringe Claims 1 and 15 of U.S. Patent No. 8,776,794; Claims 1 and 15 of U.S. Patent No. 8,776,795; Claim 6 of U.S. Patent No. 8,573,209; Claims 1 and 10 of U.S. Patent No. 9,265,911; and Claims 1 and 10 of U.S. Patent No. 9,295,802.

3. Defendants do not infringe Claims 3, 6, 16, 17, and 18 of U.S. Patent No. 9,279,794.

Dated: December , 4 , 2019

UNITED STATES DISTRICT JUDGE